400 P.3d 617

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Ryan K. STONE, Defendant-Appellant**

**NO. CAAP-16-0000590**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
August 30, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION, (CASE NO. 1DTA-15-04984)

SUMMARY DISPOSITION ORDER

Affirmed.

400 P.3d 617

**Ashley SANTANDER, Plaintiff-Appellee,**

v.

**CARIS MED SURG, LLC; Cary Rupert, Individually, Defendants-Appellants,**

and

**John Does 1-10; Jane Does 1-10; DOE Entities 1-10, Defendants**

**NO. CAAP-15-0000078**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
August 31, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 14-1-1554)

SUMMARY DISPOSITION ORDER

Affirmed.

400 P.3d 617

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Antony TAHI, Defendant-Appellant**

**NO. CAAP-16-0000603**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
August 31, 2017.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT WAILUKU DIVISION (CASE NO. 2DTC-15-014633)

SUMMARY DISPOSITION ORDER

Affirmed.